AO 451 (Rev. 12/12)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| Aimee Farsakian ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. CV20-00141-PHX-MTL |
| David Kent, et al. ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* 10/29/2020 .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: 01/04/2021

DEBRA LUCAS
*CLERK OF COURT*

 /s/
*Signature of Clerk or Deputy Clerk*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aimee Farsakian,<br><br>    Plaintiff,<br><br>v.<br><br>David Kent, et al.,<br><br>    Defendants. | NO. CV-20-00141-PHX-MTL<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered awarding Plaintiff $11,126.03 in back pay, $100,000 in punitive damages, and $150,000 in compensatory damages, under Title VII, against Defendants Phoenix Sands Surgical Associates, PLLC; Renew Medical Management, LLC; Quantum Ventures Holdings, LLC; Quantum Ventures, LLC; and Quantum Business Solutions, LLC, jointly and severally.

Plaintiff is awarded $200,000 in damages for intentional infliction of emotional distress against Defendant David Kent, D.O.

Plaintiff is awarded $250,000 in damages under the AEPA, plus $23,929.50 in attorney's fees and $12.00 in costs, against all Defendants, jointly and severally.

1     Plaintiff is awarded judgment interest at the applicable federal rate pursuant to 28
2 U.S.C. § 1961(a).

Debra D. Lucas<br>
District Court Executive/Clerk of Court

5 October 29, 2020

s/ E. Aragon<br>
By  Deputy Clerk

I hereby attest and certify on 1/4/2021 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy

- 2 -