| UNITED STATES DISTRICT COURT EASTERN DISTRICT OF MICHIGAN | EXECUTION AGAINST PROPERTY | CASE NO. 20-51567 JUDGE Bernard Friedman |
|---|---|---|

**Plaintiff name(s) and address(es)**

Aimee Farsakian
c/o Anthony Wayne Kahn (P41258)
33110 Grand River Ave.
Farmington, MI 48336
(248) 442-2322

v

**Defendant name(s) and address(es)**

Quantum Business Solutions, LLC, Quantum Ventures LLC, and Quantum Ventures, Holdings, LLC, jointly and severally
1030 Doris Rd., Ste. 101
Auburn Hills, MI 48326

**REQUEST AND VERIFICATION**

1. On 10/29/2020, a judgment was granted in this case upon which the following is now due:

Amount of judgment $535,067.53
Interest to this date $202.01
Post judgment costs $TBD
Total $535,269.54   Less credits received $ 0.00   Total balance due $ 535,269.54

2. The plaintiff requests the Court issue a writ of execution against the property of the following defendant(s):

Renew Medical Management, LLC, Quantum Business Solutions, LLC, Quantum Ventures LLC, and Quantum Ventures, Holdings, LLC

I declare that the statements above are true to the best of my information, knowledge and belief.

Date: 0316//2021

/s/AnthonyWayneKahn
Anthony Wayne Kahn (P41258)   Plaintiff/Attorney signature

33110 Grand River Ave., Farmington, MI 48336   (248) 442-2322
Address   City   State   ZIP   Telephone No.

**WRIT**

TO ANY SHERIFF, DEPUTY SHERIFF, OR DEPUTY U.S. MARSHAL: **IN THE NAME OF THE PEOPLE OF THE UNITED STATES OF AMERICA, YOU ARE HEREBY COMMANDED:**

1. Seize the property described in the attached judgment for claim and delivery and deliver to the plaintiff(s), or if the property is not found in the possession of the defendant(s), levy the value of it.
2. Seize and sell, according to law, so much from the personal property of defendant(s) Quantum Business Solutions, LLC, Quantum Ventures, LLC, and Quantum Ventures Holdings, LLC not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
3. If sufficient personal property of defendant(s) cannot be found within your jurisdiction, seize and sell so much of the real property of defendant(s) not exempt from execution, as will be sufficient to satisfy plaintiff's demand and costs.
4. Collect from sale of such property sufficient monies to pay all of your charges and fees to which you are entitled.
5. After service of this writ, make proper return in not less than 20 days, nor more than 90 days, from the date of receipt.

Clerk of the United States District Court, Eastern District of MI

**ENDORSEMENT**

I certify that I received this writ of execution on _____ at _____
Date   Time

Deputy Sheriff/Deputy U.S. Marshal

**CERTIFICATE OF WRIT OF EXECUTION SATISFIED IN FULL/IN PART**

I certify, under penalty of contempt of court, that I have levied and collected from the defendant(s), in full/in part with interest and costs, as I was ordered,

☐ the amount of judgment.

☐ the property of claim and delivery judgment.

| | | |
|---|---|---|
| Balance due | | $ _____ |
|     Execution fee | $ _____ | |
|     Statutory collection fee | $ _____ | |
|     Service and posting | $ _____ | |
|     Mileage _____ miles | $ _____ | |
| Total collection fees (Subtotal) | | $ _____ $ _____ |
| Amount collected | | $ _____ |
| Uncollected balance | | $ _____ |

Date: _____

                                                                             Deputy Sheriff/Deputy U.S. Marshal

**CERTIFICATE OF WRIT OF EXECUTION UNSATISFIED**

I certify, under penalty of contempt of court, that after diligent search, no personal or real property of the defendant(s) could be found on which to levy the specified balance due.

Date: _____

                                                                             Deputy Sheriff/Deputy U.S. Marshal