UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

AIMEE FARSAKIAN,

    Plaintiff,

Case No. 20-51567
Hon. Bernard A. Friedman

vs.

PHOENIX SANDS SURGICAL ASSOCIATES, PPLC, and,
RENEW MEDICAL MANAGEMENT, LLC, and
QUANTUM VENTURE HOLDING, LLC., and,
QUANTUM VENTURES, LLC, and,
QUANTUM BUSINESS SOLUTIONS, LLC, and
DAVID KENT,

    Defendants

---

### PROOF OF SERVICE OF SENDING
### OPINION AND ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION TO ENFORCE JUDGMENT

The undersigned certifies that he served a copy of the above-identified pleadings on the Defendants, QUANTUM VENTURE HOLDING, LLC., and, QUANTUM VENTURES, LLC, and, QUANTUM BUSINESS SOLUTIONS, LLC, at 1030 Doris Rd., Ste. 101, Auburn Hills, MI 48326, by certified mail and first class mail on March 30, 2021.

/S/ AnthonyWayneKahn
Anthony Wayne Kahn (P41258)
Law Office of Anthony Wayne Kahn
33110 Grand River Ave.
Farmington, MI 48336
(248) 442-2322
anthonywaynekahnlaw@gmail.com